UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 09-20865-CR-GOLD

        Plaintiff,

VS.

LENIN NOVAS,

        Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

      This matter is before the Court pursuant to the Defendant's Motion to Dismiss the Indictment [DE 20]. A review of the docket sheet reveals that on February 5, 2010, the instant motion was referred to Magistrate Judge Chris McAliley [DE 22]. On March 8, 2010, Magistrate Judge Chris McAliley issued an Report and Recommendation [DE 27] in which she recommends that the Defendant's Motion to Dismiss the Indictment be denied. The parties had until March 19, 2010, within which to file Objections to the Report and Recommendation and no objections were filed. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [DE 27] is hereby affirmed and adopted. It is further

      **ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss the Indictment [DE 20] is hereby denied

      **DONE AND ORDERED** at Miami, Florida, this _____22nd_____ day of March, 2010.

                                                             UNITED STATES DISTRICT JUDGE
                                                             ALAN S. GOLD

cc:    Magistrate Judge Chris McAliley
        Counsel of record